Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
GERARDO ALSINA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ALSINA,<br><br>              Plaintiff,<br><br>   vs.<br><br>TD BANK US HOLDING COMPANY,<br>and TD BANK, N.A.<br><br><br>           Defendant(s), | Case No.: 3:21-cv-00096-MMA-RBB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br><br><br>Magistrate: Hon. Ruben B. Brooks<br><br>Judge: Hon. Michael M. Anello |

# NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR

RESPECIVE COUNSELF OF RECORD:

      PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

Plaintiff GERARDO ALSINA ("Plaintiff") hereby voluntarily dismisses the entire

action and all claims against TD BANK US HOLDING COMPANY and TD BANK

N.A. ("Defendants") with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On January 18, 2021, Plaintiff filed the operative Complaint.

As of the date of this Notice, Defendants have not filed an answer nor a motion for summary judgment, nor a counterclaim.

On March 29, 2021, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendants had agreed to terms to settle Plaintiff's claims against Defendants, subject to the execution of a confidential agreement (ECF No. 8). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have the entire action and all claims against Defendants dismissed with prejudice.

Dated: April 28, 2021              By:      */s/ Ahren A. Tiller, Esq.*
                                            Ahren A. Tiller, Esq.
                                            BLC Law Center, APC
                                            Attorneys for Plaintiff